**Mrs. L. K. BLOOMER, Appellant,**

v.

**S.S. MANCHESTER MERCHANT et al., Appellees.**

**No. 21486.**

United States Court of Appeals
Fifth Circuit.

Oct. 13, 1964.

Aaron Kravitch, Savannah, Ga., for appellant.

E. Ormonde Hunter, Connerat, Dunn, Hunter, Houlihan & Maclean, Stanley Feiler, Malcolm Maclean, Savannah, Ga., for appellees.

Before BROWN and BELL, Circuit Judges, and SPEARS, District Judge.

PER CURIAM.

No error appearing in the within appeal, it follows that the judgment appealed from should be and it is affirmed.

**UNITED STATES of America, Appellee,**

v.

**Harold LYONS, Defendant-Appellant.**

**No. 63, Docket 28676.**

United States Court of Appeals
Second Circuit.

Submitted Oct. 13, 1964.

Decided Oct. 13, 1964.

Robert M. Morgenthau, U. S. Atty., Southern Dist. of New York (William M. Tendy, Jack D. Samuels, Asst. U. S. Attys., of counsel), for appellee.

Harold Lyons, defendant-appellant, pro se.

Before WATERMAN, MOORE and SMITH, Circuit Judges.

PER CURIAM.

The order denying appellant's motion under 18 U.S.C. § 2255 to vacate his sentence is affirmed on Judge Herlands's unreported memorandum opinion below (S.D.N.Y.1963).